Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa J. Benjamin;<br><br>        Plaintiff,<br><br>v.<br><br>Law Office of James R. Vaughan, P.C.; and RJF Financial, LLC;<br><br>        Defendants. | No. CV14-0661-PHX-HRH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2    RESPECTFULLY SUBMITTED:  May 1, 2014  .

3

4                                                   s/ Floyd W. Bybee
      Floyd W. Bybee, #012651
5     **BYBEE LAW CENTER, PLC**
      90 S. Kyrene Rd., Ste. 5
6     Chandler, AZ 85226-4687
      Office: (480) 756-8822
7     Fax: (480) 302-4186
      floyd@bybeelaw.com
8
      Attorney for Plaintiff
9

10   Copy of the foregoing *emailed* and
     *mailed*  May 1, 2014   to:
11
     Brian K. Partridge
12   Law Office of James R. Vaughan, PC
     11445 E. Via Linda Ste 2-610
13   Scottsdale, AZ 85259-2827
     Attorney for Defendants
14

15   by  Floyd W. Bybee  

16

17

18

19

20

21

22

23

24

25